# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:22cv00648 BSJ

Medesimo Tempo et al v. Skull Valley Health Care et al

Approved by:_____

## APPEARANCE OF COUNSEL

Pla   R. Spencer Macdonald
Dft   Jeffrey E. Nelson, Amanda A. Berndt
Int Dft   J. Preston Stieff, Michelle F. Long – VIA Zoom Video

DATE: 01/24/2023; Time Start: 1:30 p.m. Break 2:53 p.m. Time Start: 3:07 p.m. Time End: 3:55 p.m.

MATTER SET: [4] Motion to Dismiss; [8] Motion to Remand; [14] Motion for Interpleader; [18] Motion to Intervene

DOCKET ENTRY:

**Motion Hearing held on 1/24/2023 re [18] MOTION to Intervene filed by Skull Valley Health Care LLC, Skull Valley Health Clinic LLC, Skull Valley Band of Goshute Indians, [4] MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support filed by USA, [8] MOTION to Remand to State Court Third Judicial District Court - Tooele County and Memorandum in Support filed by Holly Jones, Holly Jones Homes, Medesimo Tempo, After hearing argument from the parties, the court took the matter under advisement. Court adjourned.**